## JOSEPH ANCONA *v.* BOARD OF TELEVISION AND RADIO EXAMINERS
### (9380)

FOTI, LANDAU and HEIMAN, Js.

Argued April 22—decision released May 14, 1991

*Donald E. Wasik,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellant-appellee (defendant).

*Donald L. Mackie,* for the appellee-appellant (plaintiff).

PER CURIAM. We find no merit to the appeal or the cross appeal.

The judgment is affirmed.